## JAMES ROBERTS v. WARREN M. BENTON.

Where the appellant fails to take the necessary steps to prosecute his appeal, he will be considered as having abandoned it, in the sense of art. 594 of the Code of Practice; and will not be allowed to renew it. *Aliter*, when the appeal is dismissed on motion of the appellee. In the latter case, it may be renewed at any time within the delay fixed by law.

APPEAL by the defendant from a judgment of the District Court for the parish of Carroll, *Davis*, J., in favor of the plaintiff.

*Selby*, for the plaintiff, moved to dismiss the appeal, and cited Code of Pr., 594. *Dozer v. Sargent*, 4 La., 41.

*Copley*, for the defendant.

MORPHY, J. A motion to dismiss this appeal has been made, which, in our opinion, must prevail. The ground assumed is that a previous appeal was taken, which the appellant neglected to prosecute. At the last term of this court, the appellant moved for an extension of time to bring up his record, but the reason given in support of this motion appearing unsatisfactory, it was refused. When a party fails to take the necessary steps to prosecute his appeal, he will be considered as having abandoned it in the sense and meaning of article 594 of the Code of Practice; and will not be allowed to renew it. It is different when, on a motion of the appellee, an appeal is dismissed; it may then at any time be renewed within the delay fixed by law.

*Appeal dismissed.*